IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIE MAE HALL                                                                  PLAINTIFF

V.                                                         CIVIL ACTION NO.1:14cv108-SA-DAS

UNITED STATES OF AMERICA                                 DEFENDANTS

## ORDER SUBSTITUTING PARTIES

On the notice filed herein by the United States of America, it is substituted as the defendant for Robert L. Nunez and the Winston County Family Medical Clinic.

SO ORDERED this the 12th day of September, 2014.

                                                               /s/ David A. Sanders
                                                                UNITED STATES MAGISTRATE JUDGE