IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIE MAE HALL                                                    PLAINTIFF

V.                                    CIVIL ACTION NO.: 1:14CV108-SA-DAS

B. L. SULLIVAN, M.D., et al.                                     DEFENDANTS

## ORDER SUBSTITUTING PARTY PLAINTIFF

Following the Court's dismissal of this action without prejudice [29] upon notice that all claims had been settled, or were in the process of being settled, counsel for the Plaintiff filed a Suggestion of Death and Motion for Substitution of Party Plaintiff [30], notifying the Court of the death of Plaintiff Willie Mae Hall and requesting that the Court substitute Norma Young, Administratrix of the Estate of Wille Mae Hall, as the party plaintiff in this cause.

The motion being unopposed,[1] the Court finds the same to be well taken.  Norma Young, Administratrix of the Estate of Wille Mae Hall, is hereby substituted for Wille Mae Hall.

SO ORDERED, this the 24th day of February, 2015.

                                     /s/ Sharion Aycock_____
                                     UNITED STATES DISTRICT JUDGE

---

[1] See L.U.CIV.R. 7(b)(3)(E).