UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**NORMA YOUNG,**                                                                                            **PLAINTIFF**
**ADMINISTRATRIX OF THE ESTATE**
**OF WILLIE MAE HALL**

**V.**                                                                      **NO. 1:14CV108-SA-DAS**

**B. L. SULLIVAN, M.D.,**
**WINSTON COUNTY HOSPITAL, AND**
**UNITED STATES OF AMERICA**                                                     **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having been advised that the claims between the Plaintiff and the Defendant Winston Medical Center, identified as Winston County Hospital, have been fully resolved, this Court finds that Plaintiff's claims against the Defendant Winston Medical Center shall be dismissed with prejudice.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED**, that all claims of the Plaintiff asserted herein against Winston Medical Center are hereby fully dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 24th day of February, 2015.

                                                                      /s/ Sharion Aycock
                                                                      UNITED STATES DISTRICT JUDGE

AGREED:

/s/ *Alan Devo Lancaster*
ALAN DEVO LANCASTER
*Attorney for Plaintiff*

/s/ *Kimberly N. Howland*
R. MARK HODGES (MB #2493)
KIMBERLY N. HOWLAND (MB #9580)
*Attorneys for Winston Medical Center*