# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**WILLIE MAE HALL**                                                            **PLAINTIFF**

**V.**                                                            **NO. 1:14CV108-SA-DAS**

**ROBERT L. NUNEZ, M.D.,**
**B. L. SULLIVAN, M.D.,**
**WINSTON COUNTY FAMILY MEDICAL CLINIC,**
**WINSTON COUNTY HOSPITAL, AND**
**UNITED STATES OF AMERICA**                                    **DEFENDANTS**

---

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

---

**THIS CAUSE** came on for hearing on the *ore tenus* motion to dismiss of the defendants by reason of compromise, and the Court, having considered the motion, is of the opinion that the same is well-taken and should be and is hereby sustained. All claims and contentions of liability against all Defendants herein are hereby dismissed with prejudice with each party to bear his respective costs.

SO ORDERED AND ADJUDGED, on this the 7th day of April, 2015.

  /s/ Sharion Aycock
United States District Judge

Agreed to:

/s/Alan D. Lancaster
Counsel for Plaintiff

/s/ Jeffrey J. Turnage
Counsel for Dr. Sullivan

/s/ Kimberly Howland
Counsel for Winston Medical Center

/s/ John E. Gogh
Counsel for Winston County Family Medical
Clinic, Dr. Robert L. Nunez, MD, and
The United States of America